# UNITED STATES DISTRICT COURT

\*\*\*\*    DISTRICT OF   NEVADA

CHERYL LAGO,

      Plaintiff,             JUDGMENT IN A CIVIL CASE
  v.

                                CASE NUMBER:    3:15-cv-00603-MMD-WGC

CAROLYN W. COLVIN, Acting
Commissioner of Social Security

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 20) be accepted and adopted in its entirety.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion for Reversal and/or Remand (ECF No. 15) is denied and Defendant's Cross Motion to Affirm (ECF No. 18) is granted.

    **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered and this case is closed.

October 10, 2017                                        **DEBRA K. KEMPI**
                                                                    Clerk

                                                                  /s/ K. Walker
                                                                  Deputy Clerk